# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ETHELRED KELLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2747

[August 31, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 501977CF002048BXXXMB.

Ethelred Kelly, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***